254

**No. 62655.**—China Consolidated Corporation and H. H. Elder & Co. v. United States, protest 288634–K (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiffs was sustained.

**No. 62656.**—W. J. Byrnes & Co., Inc., and Paul Roth et al. v. United States, protests 321266–K, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 7, 1959

**No. 62657.**—Brammer Vee Link Belting, Inc. v. United States, protests 314665–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of iron or steel rivets the same as those the subject of *Brammer Vee Link Belting, Inc.* v. *United States* (40 Cust. Ct. 1, C.D. 1947), the claim of the plaintiff was sustained.

**No. 62658.**—The Spiegel Bros. Corp. v. United States, protest 328578–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.